UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANHUA LIANG,

      Plaintiff,

  -against-

UR M. JADDOU, in her official capacity as Director, United States Citizenship and Immigration Services, et al.,

      Defendants.

23-CV-11207 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: December 29, 2023
    New York, New York

              SO ORDERED.

              *Jessica Clarke*

              JESSICA G. L. CLARKE
              United States District Judge